# UNITED STATES DISTRICT COURT
## District of Minnesota

Marleni Sobeida Brito

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Warden Sheriff East Montana Detention Center, El Paso, Texas

Respondents

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1707 DWF/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is **GRANTED**.
2. The Court **DECLARES** that Petitioner's current detention is unlawful under the Constitution and laws of the United States.
3. Respondents are **ORDERED** to release Petitioner from custody immediately.
4. Within three (3) days of the date of this Order, Respondents shall provide the Court with a status update confirming Petitioner's release.
5. Respondents are directed to release Petitioner:
    a. In Minnesota;
    b. With all personal documents and belongings, such as her driver's license, passport, work authorization, and other immigration documents, and cell phone;
    c. Without any conditions on release, including but not limited to requiring Petitioner to sign an "Order of Release on Recognizance" or requiring Petitioner to enroll in and complete an "Alternatives to Detention" program;
    d. Without any tracking devices or use of a tracking application; and

e. With all clothing and outerwear she was wearing at the time of detention, or other proper winter attire.

6. Respondents shall provide reasonable advance notice to counsel to arrange for a safe release of Petitioner. Petitioner's counsel is Patrick Francis Hellier who can be reached at 612-500-4327.

7. Respondents are **ENJOINED** from re-detaining Petitioner under this same statutory theory, absent materially changed circumstances.

Date: 3/13/2026

KATE M. FOGARTY, CLERK